United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GINN DOOSE,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

______________________________________/

No. 1:11-CV-01882 NJV

ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION

A status conference was set in this matter for September 27, 2011. (Docket No. 7.) The matter came on regularly for hearing at 2:00 on September 27, 2011. Plaintiff did not appear.

Further, at the last status conference on August 30, 2011, the Court instructed Plaintiff regarding her duty to properly serve Defendants. However, the executed summons which Plaintiff filed with the Court on September 20, 2011, is defective in that it references a case in California Superior Court, rather than in this Court.

Accordingly, Plaintiff is HEREBY GRANTED until October 4, 2011, to show cause why this case should not be dismissed for failure to obey a court order and failure to prosecute. Plaintiff is GRANTED to and including October 4, 2011, to file her response to this order to show cause. The matter is set for hearing before the Court in Eureka at 1:30 p.m. on October 11, 2011. Plaintiff's failure to respond to this order will result in the imposition of sanctions up to and including dismissal of this action.

Dated: September 27, 2011

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GINN DOOSE,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.
_______________________________________/

No. 1:11-CV-1882 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 27, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Ginn Doose
P.O. Box 2310
Clearlake, CA 95422

Dated: September 27, 2011

/s/ *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas