1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7                                EUREKA DIVISION

8

9   GINN DOOSE,                              No. 1:11-CV-01882 NJV

10              Plaintiff,                   ORDER REQUIRING FURTHER
                                             BRIEFING RE COURT'S JURISDICTION
11         v.
                                             (Doc. No. 20)
12   WAL-MART STORES, INC.,

13              Defendant.
    _____/

14

15        In preparation for the upcoming hearing on Wal-Mart Stores, Inc.'s motion to dismiss, the

16   Court ORDERS the parties to file a supplemental brief addressing whether the Court has jurisdiction

17   in this action.  Specifically, the Court notes that Plaintiff removed her own action from state court to

18   this Court.  *See* Doc. No. 1.  Only defendants, however, may remove a case to federal court.  *See* 28

19   U.S.C. §§ 1441(a), 1446(a); *see also In re Walker*, 375 F.2d 678 (9th Cir. 1967) ("No right exists in

20   favor of a person who, as plaintiff, has filed an action in state court, to cause the removal of such

21   action to federal court"); *Okot v. Callahan*, 788 F.2d 631, 633 (9th Cir. 1986) ("Removal is available

22   only to defendants"); *Desouza v. Albin*, 1993 U.S. Dist. LEXIS 15267 (N.D. Cal. Oct. 12, 1993)

23   (dismissing removal notice and remanding to state court because plaintiff failed to meet statutory

24   requirements for removal as he was not a defendant in state action). The supplemental briefs shall be

25   no longer than 3 pages and shall be filed on or before January 18, 2012.

26   IT IS SO ORDERED.

27   Dated: January 11, 2012

28                                           _____
                                             NANDOR J. VADAS
                                             United States Magistrate Judge

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                    EUREKA DIVISION
8
9   GINN DOOSE,                           No. 1:11-CV-1882 NJV
10            Plaintiff,
11                                         **CERTIFICATE OF SERVICE**
    v.
12
    WAL-MART STORES, INC.,
13
              Defendant.
14   _____/

15        I, the undersigned, hereby certify that on January 11, 2012, I served a true and correct copy

16   of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed

17   below, by depositing said envelope in the U.S. Mail.

18   Ginn Doose
19   P.O. Box 2310
     Clearlake, CA 95422
20

21

22   Dated:  January 11, 2012
23

24              /s/  *France Jaffe*
                France Jaffe
25              Law Clerk to the
                Honorable Nandor J. Vadas
26

27

28

                              2